UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-09982-MWF-AGR | Date | June 13, 2025 |
| Title | ANGEL GARCIA V. THE CARLETON GROUP LLC ET AL | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                                                 None Present

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

     In light of the Notice of Settlement filed 6/12/25, the Court sets a hearing on Order To Show Cause Re Dismissal for July 28, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    **IT IS SO ORDERED.**

                                                                                   Initials of Clerk: rs